■ RUTH B. ROSENBERG, Respondent-Appellant, v ALLEN P. ROSENBERG, Appellant-Respondent. (Appeal No. 2.)—Order unanimously modified on the law and facts and as modified affirmed without costs. Same memorandum as in Rosenberg v Rosenberg ([appeal No. 1] 145 AD2d 916 [decided herewith]). (Appeals from order of Supreme Court, Monroe County, Cornelius, J.—equitable distribution.) Present—Callahan, J. P., Doerr, Boomer, Green and Lawton, JJ.